# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELVIS AARON ZULLI

NO. 2026 KW 0067

**MAY 18, 2026**

---

In Re:     Elvis Aaron Zulli, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, Nos.
           2155-F-2022, 0244-F-2024, 0246-F-2024.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of a ruling on his application for postconviction relief (which was treated as a motion to correct an illegal sentence), the January 12, 2026 sentencing transcript, the criminal court minutes, the bills of information, and any other pertinent documents from the district court record that might support his claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before August 19, 2026. Any future filing on the issues presented herein must include the entire contents of this application, the missing items noted above, and a copy of this ruling. The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT